UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACEY SIVAK,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>SUNG,<br><br>　　　　　　Respondent. | Case No. 23-cv-05964-TLT<br><br>**ORDER OF DISMISSAL** |

On January 5, 2024, the Court denied plaintiff's motion to proceed *in forma pauperis* (IFP) and directed plaintiff to pay the full filing fee within 14 days or the case would be dismissed without prejudice. ECF 18. That deadline has passed, and plaintiff has not paid the full filing fee. This action is therefore DISMISSED without prejudice to plaintiff filing a motion to reopen the case upon paying the full filing fee. The clerk shall terminate all pending motions, enter judgment for defendant, and close the file.

**IT IS SO ORDERED.**

Dated: January 31, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TRINA L. THOMPSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge